NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

STEVEN BERUBE, DOC #E00847, )
 )
   Appellant, )
 )
v. ) Case No. 2D18-2534
 )
STATE OF FLORIDA, )
 )
   Appellee. )
_____)

Opinion filed April 12, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

   Affirmed.

KHOUZAM, BLACK, and SALARIO, JJ., Concur.